# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JEANINE LATRECE SCHREMP | § |
| | § Civil Action No. 4:18-CV-614 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Jeanine Latrece Schremp's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (Dkt. #18) and Commissioner's Response (Dkt. #20), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (Dkt. #18) is **GRANTED**, and the Commissioner is directed to pay six thousand eighty dollars ($6,080.00) in attorney's fees and four hundred dollars ($400.00) in costs, for a total award of six thousand four hundred eighty dollars ($6,480.00). Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 15th day of July, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE